RED OWL STORES, Inc., Appellant, v. AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, LOCAL UNION NO. 114, AFL et al.

No. 14838.

United States Court of Appeals Eighth Circuit.

Aug. 18, 1953.

Peterson & Lefler, Minneapolis, Minn., for appellant.

Felhaber & Larson, St. Paul, Minn., Guesmer, Carson, MacGregor & Clifford, Minneapolis, Minn., Robins, Davis and Lyons, Minneapolis, Minn., and Lipschultz, Altman & Geraghty, St. Paul, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties. 109 F.Supp. 629.